NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ARMOUR OF AMERICA,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

ARMORWORKS, LLC,
*Defendant.*

2011-5058

Appeal from the United States Court of Federal Claims in case no. 04-CV-1731, Judge Marian Blank Horn.

## ON MOTION

## ORDER

Upon consideration of Armour of America's unopposed motion for an extended briefing schedule,

IT IS ORDERED THAT:

The motion is granted.  Armour's opening brief is due by August 1, 2011.  The United States' response brief is due September 9, 2011.

FOR THE COURT

__JUN 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mary Elizabeth Bosco, Esq.
Matthew H. Solomson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2011

JAN HORBALY
CLERK